[No. 21985-9-II. Division Two. January 22, 1999.]

ROBERT L. GUNTLE, *Respondent*, v. KIMBERLY A. BARNETT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pacific County, No. 89-2-00112-0, Joel M. Penoyar, J., entered May 22, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 22130-6-II. Division Two. January 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY A. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03108-1, Sergio Armijo, J., entered June 27, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 23252-9-II. Division Two. January 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EUGENE TANGEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00008-6, Kenneth D. Williams, J., entered May 5, 1998. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 39995-1-I. Division One. January 25, 1999.]

LAWRENCE W. LERNER, *Appellant*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-09750-2, Sharon S. Armstrong, J., entered January 6, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Becker, J.